

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00349-CV

**IN THE INTEREST OF A.L.R.**, a Child

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3688CCL
Honorable Sergio J. Gonzalez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the part of the trial court's May 14, 2019 order that terminated J.R.'s parental rights and RENDER an order denying the Texas Department of Family and Protective Services' request to terminate the parent-child relationship between J.R. and the child A.L.R. The case is REMANDED to the trial court for further proceedings consistent with the opinion.

We order no costs assessed.

SIGNED November 6, 2019.

Luz Elena D. Chapa, Justice